# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS COMANS, III,

    Petitioner,

vs.

FEDERAL CORRECTIONAL INSTITUTION, *et al.*,

    Respondents.

2:12-cv-00034-GMN-GWF

**ORDER**

Petitioner has submitted a Petition for Writ of Habeas Corpus to the Court in which he challenges his federal criminal conviction in case, *United States v. Comans, III*, 2:07-cr-00270-RLH -GWF. (ECF No. 1.) The appropriate vehicle for Petitioner's claims is through a motion pursuant to 28 U.S.C. § 2255, which should be filed in *United States v. Comans, III*, 2:07-cr-00270-RLH -GWF.

**IT IS THEREFORE ORDERED** that Petitioner shall file a motion pursuant to 28 U.S.C. § 2255, raising the same grounds that he raises in the Petition filed in this case, in *United States v. Comans, III*, 2:07-cr-00270-RLH -GWF within **thirty (30) days** from the date of entry of this Order. The Clerk of the Court shall keep this civil action open until disposition of the § 2255 motion for statistical purposes.

Dated this 25th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge